#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
#### OXFORD DIVISION

**RENEE WOFFORD**                                                                               **PLAINTIFF**

**V.**                                                                 **NO: 3:23-CV-86**

**ZAQUEO VALENTI-TELLEZ**, et al.                                           **DEFENDANTS**

#### ORDER APPROVING AND ADOPTING
#### REPORT AND RECOMMENDATION

Having considered the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge was duly served on all parties; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

**ACCORDINGLY, IT IS ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (ECF No. 19) is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. The claims against Zaqueo Valenti-Tellez are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 20th day of June, 2023.

                                                   **/s/ Michael P. Mills**
                                                   **UNITED STATES DISTRICT JUDGE**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**